IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY )<br>　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FORREST BULLIN and )<br>MICHAEL WALKER )<br>　Defendants. ) | CIVIL ACTION NO. 1:20-cv-202-KD-B |

## JUDGMENT

In accordance with the Order granting summary judgment issued May 6, 2021 (Doc. 36), it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of Plaintiff State Farm Fire and Casualty Company, and against Defendants.

**DONE** and **ORDERED** this the **6th day** of **May 2021**.

　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**